IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

KATHLEEN ROYAL                                              PLAINTIFF

v.                              CIVIL ACTION NO. 5:19-CV-119-DCB-RPM

COMMISSIONER OF SOCIAL SECURITY                             DEFENDANT
ADMINISTRATION

ORDER ADOPTING REPORT & RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers' Report and Recommendation ("Report") [ECF No. 17] concerning Kathleen Royal's ("Plaintiff") Complaint against Commissioner of Social Security Administration ("Defendant") that was filed on November 14, 2019 [ECF No. 1]. In his Report, Judge Myers recommended that the Commissioner's decision denying her application for disability insurance benefits be affirmed. [ECF No. 17] at 8. The parties had until August 17 to file objections to the Report. After carefully reviewing the Report, and no objections having been filed, this Court ADOPTS the Report and AFFIRMS the Commissioner's denial of disability and shall dismiss this action with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Myers' Report [ECF No. 17] is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the action be dismissed with prejudice.

A final dismissing the action will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED this 14th day of September, 2021.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE